UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BLUE HILL SPECIALTY                                              PLAINTIFF
INSURANCE COMPANY

V.                                         CIVIL ACTION NO. 3:24-CV-747-KHJ-MTP

CHRISTOPHER ROBERTSON, et al.                                 DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment declaring that Defendant Double W Trucking, LLC's [1-2] Progressive Commercial Auto Liability Insurance Policy provides no coverage for claims arising from Defendant Christopher Robertson's August 23, 2023, automotive accident and that Plaintiff Blue Hill Specialty Insurance Company has no duty under the [1-2] Policy to defend or indemnify Double W or Defendant James Whitten, III, against any claims arising from that accident. This case is closed.

SO ORDERED AND ADJUDGED, this 9th day of June, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE